McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-CR-00257-OWW | |
| ) | | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER MODIFYING | |
| v. ) | TERMS OF RELEASE | |
| ) | | |
| TYLER STUMBO, ) | | |
| ) | | |
| Defendant. ) | | |

After consulting with Dan Stark, Pretrial Services Officer, the parties hereby agree and stipulate:

That the conditions of release restricting the defendant's use of the internet be vacated;

That all other terms and conditions of release, not in

//
//
//
//
//
//
//

1

1 | conflict, shall remain in full force and effect.

2 | Dated: January 3, 2008                    /s/ David Torres
3 |                                           David Torres,
                                              Attorney for Defendant,
                                              TYLER STUMBO

5 | Dated: January 3, 2008                    /s/ Laurel J. Montoya
6 |                                           Laurel J. Montoya,
                                              Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

**Dated:   January 3, 2008**               **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE