1   McGREGOR W. SCOTT
United States Attorney
2   LAUREL J. MONTOYA
Assistant U.S. Attorney
3   Rm. 4401 Federal Building
2500 Tulare Street
4   Fresno, California 93721
Telephone:  (559) 497-4000

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )     1:07-cr-00257 OWW
                                        )
12               Plaintiff,             )
                                        )
13         v.                           )     STIPULATION TO CONTINUE
                                        )     STATUS CONFERENCE AND
14   TYLER STUMBO,                      )     ORDER THEREON
                                        )
15               Defendant.             )
     _____)

16

17         IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18   respective counsel, that the status conference currently set for **January 7, 2008** may be continued

19   to **February 4, 2008 at 9:00 a.m.**

20         This request is being made to allow the parties additional time to investigate the matter and

21   work towards a resolution.  The parties agree that the delay resulting from the continuance shall be

22   excluded in the interests of justice, including but not limited to, the need for the period of  time set

23   //

24   //

25   //

26   //

27   //

28   //

                                              1

1  forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

2  3161(h)(8)(A), and 3161(h)(8)(B)(i).

3  Dated: January 4, 2008                          McGREGOR W. SCOTT
                                                   United States Attorney
4

5                                                  By: /s/ Laurel J. Montoya
                                                   LAUREL J. MONTOYA
6                                                  Assistant U.S. Attorney

7

8  Dated: January 4, 2008                           /s/ David Torres
                                                   DAVID TORRES
9                                                  Attorney for the Defendant

10

11

12                      ORDER CONTINUING HEARING DATE

13       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

14  3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

15  IT IS SO ORDERED.

16  **Dated:  January 4, 2008**                        **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28