McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00257 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE AND |
| TYLER STUMBO, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference currently set for **February 4, 2008** may be continued to **April 21, 2008 at 9:00 a.m.**

This request is being made to allow the parties additional time to investigate the matter and work towards a resolution. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set

//
//
//
//
//
//

1

1 | forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
2 | 3161(h)(8)(A), and 3161(h)(8)(B)(i).

3 | Dated: January 30, 2008                McGREGOR W. SCOTT
                                          United States Attorney

5 |                                        By: /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
6 |                                        Assistant U.S. Attorney

8 | Dated: January 30, 2008                 /s/ David A. Torres
                                          DAVID A. TORRES
9 |                                        Attorney for the Defendant

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   January 31, 2008**                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE