**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
TYLER STUMBO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>            PLAINTIFF,<br><br>TYLER STUMBO ,<br><br>            DEFENDANT. | Case No.: 07-CR-00257 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |
|---|---|

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, TYLER STUMBO by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for 06/16/2008 be continued to 07/14/2007 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual agreement between myself and Assistant United States Attorney, Laurel Montoya. I will be out of the country from June 16, 2008 through June 23, 2008.

Based upon the foregoing, I respectfully request that this matter be continued to July 14, 2007.

The parties also agree that the delay resulting from the continuance shall be excluded in

the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: 06/11/2008                                        /s/ David A. Torres
                                                         DAVID A. TORRES
                                                         Attorney for Defendant
                                                         AMEN AHMED ALI


                                                         McGREGOR W. SCOTT
                                                         United States Attorney

Dated: 06/11/2008                                        By /s/ Laurel Montoya
                                                         LAUREL MONTOYA
                                                         Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Sentencing    2

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

DATED:

OLIVER W. WANGER
United States District Judge

IT IS SO ORDERED.

**Dated:   June 11, 2008**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing    3