1  **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2  1318 K Street
Bakersfield, CA 93301
3  Ph.: (661)326-0857
Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
TYLER STUMBO

6

7

8

9          **IN THE UNITED STATES DISTRICT COURT**

           **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11

12
   UNITED STATES OF AMERICA,                    Case No.: 07-CR-00257 OWW
13                          PLAINTIFF,
                                                **STIPULATION AND ORDER TO**
14                                              **CONTINUE STATUS**
                                                **CONFERENCE HEARING**
15
   TYLER STUMBO,
16
                           DEFENDANT.
17

18
   TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER
19
   W. WANGER AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:
20
        **COMES NOW** Defendant, TYLER STUMBO  by and through his attorney
21
   of record, DAVID A. TORRES hereby requesting that the status conference currently set for
22
   July 14, 2008 be continued to September 22, 2008 or a date convenient to court and counsel.
23
        This is a mutual request between Assistant United States Attorney, Laurel J. Montoya and
24
   is joined by counsel.  The purpose for the continuance is to provide additional information to the
25
   court.
26
        Based upon the foregoing, I respectfully request that this matter be continued to
27
   September 22, 2008.
28

1    The parties also agree that the delay resulting from the continuance shall be excluded in

2 the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

3

4

5 Dated: July 9, 2008                           /s/ David A. Torres
                                                DAVID A. TORRES
6                                               Attorney for Defendant
                                                TYLER STUMBO
7

8                                               McGREGOR W. SCOTT
                                                United States Attorney
9
 Dated: July 9, 2008                           By /s/ Laurel J. Montoya
10                                              LAUREL J. MONTOYA
                                                Assistant U.S. Attorney
11

12

13                                  **ORDER**

14    IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.

15 §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

16 IT IS SO ORDERED.

17 **Dated:   July 9, 2008**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28 Stipulation and Proposed Order to Continue Sentencing   2