**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
TYLER STUMBO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                             PLAINTIFF, <br><br> TYLER STUMBO, <br>                             DEFENDANT. | Case No.: 07-CR-00257 OWW <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, TYLER STUMBO by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for June 22, 2009 be continued to July 27, 2009 at 9:00 AM or a date convenient to court and counsel.

    This is a mutual request between Assistant United States Attorney, Laurel J. Montoya and is joined by counsel. The purpose for the continuance is to provide additional information to the court.

    Based upon the foregoing, I respectfully request that this matter be continued to

July 27, 2009.

    The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: June 16, 2009                   /s/ David A. Torres
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        TYLER STUMBO

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: July 16, 2009                  By /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

1

# ORDER

2   IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).                                                                 IT IS SO
3   ORDERED.

4        **Dated:   June 16, 2009**            _____/s/ Oliver W. Wanger_____
                                                                    UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation and Proposed Order to Continue Sentencing    3