**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: TYLER STUMBO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>TYLER STUMBO<br>   DEFENDANT. | №. 1:07-CR-00257-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND LAUREL JACKSON MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, TYLER STUMBO by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for November 16, 2009 be continued to December 14, 2009 at 9:00 a.m. or a date convenient to the court and counsel.

This is a mutual agreement between myself and Assistant United States Attorney, Laurel Jackson Montoya. As of the date of the filing of this motion, I am currently in a homicide trial which commenced on October 13, 2009.

Based upon the foregoing, I respectfully request that this matter be continued to December

1

14, 2009.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

DATED: November 12, 2009

By    /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
TYLER STUMBO

DATED: November 12, 2009

By    /s/ Laurel Jackson Montoya
LAUREL JACKSON MONTOYA
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

IT IS SO ORDERED.

**Dated:   November 12, 2009**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2